| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Gabriel Posey, et al., §
§
       Plaintiffs, §
§
versus §      Civil Action H-14-2191
§
Ponce Services Inc., et al., §
§
       Defendants. §

## Final Dismissal

The court, having been advised by counsel that plaintiffs no longer wish to pursue this matter, dismisses this case without prejudice. (5)

Signed on July 31, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge